UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MOHAMMED UMER, :
:
Plaintiff, :
: 21-CV-3422 (JMF)
-v- :
: ORDER OF SERVICE
CON EDISON OF NEW YORK, :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order of Service of April 30, 2021, *see* ECF No. 7, and the summons issued on May 5, 2021, *see* ECF No. 9, Plaintiff's deadline to effect service on Defendant ConEdison of New York through the U.S. Marshals Service passed on August 3, 2021.  The Court has been advised that the U.S. Marshals Service attempted service on Defendant by mail and in person and that its service attempts thus far have been unsuccessful, but that the U.S. Marshals Service was referred to a secondary address for in-person service.  In light of that, the Court *sua sponte* extends Plaintiff's deadline to effect service on Defendant to **30 days from the date of this Order**, and directs the U.S. Marshals Service to attempt in-person service at the secondary address for Defendant that was provided during the U.S. Marshals Service's earlier in-person service attempt.  As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 4, there is no need to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: August 5, 2021
       New York, New York
                                                      JESSE M. FURMAN
                                                   United States District Judge